FILED
CLERK, U.S. DISTRICT COURT

7/8/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CD___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MARLISSA BRIANNE SANCHEZ,<br><br>　　　　Defendant. | CR 2:22-cr-00305-MEMF<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1344(2): Attempted Bank Fraud] |

The Grand Jury charges:

[18 U.S.C. § 1344(2)]

A.　INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1.　Wells Fargo Bank ("Wells Fargo") was a financial institution insured by the Federal Deposit Insurance Corporation.

2.　Defendant MARLISSA BRIANNE SANCHEZ maintained, among other accounts, a checking account at Wells Fargo with an account number ending in 1251 (the "Wells Fargo account").

B.　THE SCHEME TO DEFRAUD

3.　On or about March 2, 2021, in Los Angeles County, within the Central District of California, defendant SANCHEZ, knowingly and

with intent to defraud, attempted to execute a scheme to obtain moneys, funds, assets, and other property owned by and in the custody and control of Wells Fargo by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

   4. The fraudulent scheme operated, in substance, as follows:

    a. Defendant SANCHEZ would obtain a stolen check issued by the United States Department of Treasury ("U.S. Treasury Department") that had been altered to replace the payee's name with defendant SANCHEZ's name.

    b. Defendant SANCHEZ would deposit the check into her checking account at Wells Fargo.  In doing so, defendant SANCHEZ falsely represented to Wells Fargo that she was the intended payee of the check and concealed from Wells Fargo that she was not authorized to deposit the check.

C. ATTEMPTED EXECUTION OF THE SCHEME

   5. On or about March 2, 2021, in Los Angeles County, within the Central District of California, defendant SANCHEZ, knowingly and with intent to defraud, committed an act which constituted an attempted execution of the fraudulent scheme, namely, defendant SANCHEZ attempted to deposit a stolen check from the U.S. Treasury Department in the amount of $25,536.40, that had been altered to

//
//
//
//
//
//

1 | replace the original payee's name with defendant SANCHEZ's name, at a
2 | Wells Fargo bank in Los Angeles, California.

                                                  A TRUE BILL

                                                            /S/
                                                  Foreperson

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Deputy Chief, General Crimes
Section

LYNDSI ALLSOP
Assistant United States Attorney
General Crimes Section